UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EREIC W. BACA,<br><br>      Plaintiff,<br><br> v.<br><br>SOCIAL SECURITY OFFICE, CLARKSON, et al.,<br><br>      Defendants. | CASE NO. **2:24-cv-01419-TL**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 13th day of September, 2024.

                 _____
                 BRIAN A. TSUCHIDA
                 United States Magistrate Judge